JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02474-CV-DFM | Date | July 7, 2025 |
| Title | *Jeffrey M. Giannelli et al. v. NewRez, LLC et al.* | | |

Present: The Honorable  Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On February 18, 2025, the Court Ordered Plaintiff to Show Cause in writing by February 24, 2025 ("OSC") why the action should not be dismissed for lack of prosecution. Doc. # 21. To date, counsel have not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**